# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| JUAN PEREZ <br><br> *Plaintiff(s)* <br> v. <br><br> SOUTH COLLEGE OF TENNESSEE, INC.; and THEODOR RICHARDSON, in his capacity as Chief Academic Officer <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 3:23-cv-00022-TRM-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Theodor Richardson, in his capacity as
Chief Academic Officer
c/o Stephen A. South, Registered Agent
South College of Tennessee, Inc.
3904 Lonas Drive
Knoxville, TN 37909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Roman Reese, Esq.             J. Richard Ratcliffe, Esq.*
Garner & Conner, PLLC          Ratcliffe Harten Galamaga LLP
250 High St., P.O. Box 5059    40 Westminster St., Suite 700
Maryville, TN 37802            Providence, RI 02903

*Pro Hac Vice admission pending*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/20/2023                                      _____
                                                       *Signature of Clerk or Deputy Clerk*

Civil Action No.  3:23-cv-00022-TRM-JEM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: