UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAVIER PENZO,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTH COLLEGE OF TENNESSEE, INC.; and THEODOR RICHARDSON, in his capacity as Chief Academic Officer,<br><br>    Defendant. | Case No.: 3:23-cv-00022-TRM-JEM |

## PLAINTIFF'S NOTICE OF DISMISSAL

Now comes the Plaintiff and dismisses this action without prejudice pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(i). This notice comes before the filing of either an answer or a motion for summary judgment.

Dated: February 6, 2023

Plaintiff Javier Penzo,
By his Attorneys,

J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Ratcliffe Harten Galamaga LLP
40 Westminster Street, Suite 700
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440
rratcliffe@rhgllp.com

/s/ Roman Reese
Roman Reese, BPR #028239
Garner & Conner, PLLC
250 High Street, PO Box 5059
Maryville, TN 37802
Tel: (865) 984-1460
Fax: (865) 984-1753
rreese@garnerconner.com

## CERTIFICATE OF SERVICE

I certify that on February 6, 2023, this document was electronically filed through the Court's ECF system and served on all counsel of record.

/s/ J. Richard Ratcliffe